IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LADELL A. EVANS and
BRANDON A. HARRISON,

    Plaintiffs,

v.

C.O. SHAWN GALLINGER and
C.O. MCDANIELS,

    Defendants.

Case No.  18-cv-194-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 1/5/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |